# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1301. RONALD L. SIMPSON v. TALTON, LLC.

Ronald L. Simpson sued Talton, LLC in magistrate court, which entered judgment in favor of Talton. Simpson appealed to the superior court, and the superior court entered judgment in favor of Talton. Simpson filed a motion to set aside the final judgment, which the superior court denied on July 24, 2025. Simpson then filed a motion for reconsideration, which the superior court denied on September 24, 2025. On October 21, 2025, Simpson filed a notice of appeal, seeking to appeal the July 24, 2025 ruling.[1] We, however, lack jurisdiction for at least two reasons.

First, under OCGA § 5-6-35 (a) (1), an application for discretionary appeal is required where litigation begins in magistrate court and reaches the superior court by petition for review. See OCGA § 5-6-35(a)(1). Second, even if Simpson were otherwise entitled to a direct appeal, this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, Simpson filed his notice of appeal 89 days after entry of the July 24, 2025 order he seeks to appeal. Although Simpson filed a motion for reconsideration in the interim, the filing of such a motion does not extend the time in which to file a notice of appeal, and the denial of a motion for

---

[1] In his notice of appeal, Simpson sought to appeal a July 17, 2025 order, but the trial court amended that order on July 24, 2025.

reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000).

For these reasons, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,___03/23/2026_____*
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*